UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

               Plaintiff,

-against-

Robert T. Goldberg, Jr.,

               Defendant.

7:17-MJ-4751(MRG)

**JUDGMENT**

---

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on July 27, 2017, accepted the defendant's plea of guilty to a charge of violating NY Penal Law Section 240.20, Disorderly Conduct, in full satisfaction of the Misdemeanor Complaint filed on June 22, 2017, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $50.00 to be paid by August 24, 2017.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: <u>Nunc Pro Tunc to July 27, 2017</u>
       Poughkeepsie, N.Y.